UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/9/2023__

JOSE RUIZ,

                Plaintiff,

-against-

T & A BEVERAGE CORP. and ALFRED ACOSTA,

                Defendants.

No. 20 Civ. 5261 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On January 25, 2023, this Court ordered Plaintiff to "show cause in writing on or before February 8, 2023 why this action should not be dismissed without prejudice for want of persecution pursuant to Fed. R. Civ. P. 41(b)." (ECF No. 7.) Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for want of prosecution." (Id.) As of February 9, 2023, Plaintiff has not responded to this Court's January 25, 2023 Order to Show Cause. Accordingly, it is hereby

ORDERED that Plaintiff's claims be dismissed without prejudice for want of prosecution.

The Clerk of Court is respectfully directed to terminate the action.  SO ORDERED.

Dated: February 9, 2023
White Plains, New York

                                                NELSON S. ROMÁN
                                           United States District Judge